UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>             Petitioner,<br><br>   v.<br><br>STEVE SINCLAIR,<br><br>             Respondent. | NO: 12-CV-5169-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Magistrate Judge Hutton filed a Report and Recommendation on March 7, 2013, recommending that Mr. Smith's Motion to Voluntarily Dismiss his federal habeas action be granted. There being no objections, the Court **ADOPTS** the Report and Recommendation. **IT IS ORDERED** Mr. Smith's Motion, ECF No. 15, is **GRANTED** and the Petition is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner and close the file.

**DATED** April 9, 2013.



THOMAS O. RICE
United States District Judge

ORDER -- 1