AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

CHRISTOPHER SMITH,

                Petitioner,

                                  JUDGMENT IN A CIVIL CASE

                v.

STEVE SINCLAIR,

                                  CASE NUMBER: 12-CV-5169 -JPH

                Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Mr. Smith's Motion, ECF No. 15, is GRANTED and the Petition is DISMISSED WITHOUT PREJUDICE.

April 9, 2013

*Date*

SEAN F. McAVOY

*Clerk*

s/ Sheila Parpolia

*(By) Deputy Clerk*

Sheila Parpolia